STATE v. VEGA

No. 106 PC.

Case below: 40 N.C. App. 326.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 June 1979. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 5 June 1979.

WHITE v. LACKEY

No. 110 PC.

Case below: 40 N.C. App. 353.

Petition by defendants for discretionary review under G.S. 7A-31 denied 5 June 1979.

WILLIAMS v. BISCUITVILLE, INC.

No. 101 PC.

Case below: 40 N.C. App. 405.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 5 June 1979.